IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   09-cv-00501-MSK-MJW

SHAWN W.  WATTS,

Plaintiff,

v.

PAUL CAMPBELL, et al.,

Defendants.

---

## MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Stipulated Motion for Entry of Protective Order (docket no. 17) is GRANTED.  The written Stipulated Protective Order (docket no. 17-2) is APPROVED as amended in paragraph 12 and made an Order of Court.

Date:   June 17, 2009